# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.  14-cr-00437

UNITED STATES OF AMERICA,

              Plaintiff,

v.

JOSE LUIS PORRAS-ASTORGA,

              Defendant.

---

## ORDER TO CALL TO SET CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition filed by Defendant Jose Luis Porras-Astorga

(Doc. #17), it is ORDERED that counsel shall contact Chambers via conference call (303-844-

3800) no later than December 23, 2014 to set this matter for a Change of Plea Hearing.

DATED:   December 18, 2014

BY THE COURT:

*s/ David M. Ebel*

_____
DAVID M. EBEL
United States Circuit Judge
District of Colorado